Sheryl H. MCKINNEY, as parent and next friend of Christy R. McKinney, Plaintiff,

v.

BRIDGESTONE/FIRESTONE, INC.; Ford Motor Company, Defendants,

St. Edward Mercy Medical Center, Movant,

Joey McCutchen, Movant—Appellant,

Richardson, Stoops, Richardson & Ward, Movant—Appellee.

No. 02–1258.

United States Court of Appeals, Eighth Circuit.

Submitted July 5, 2002.

Decided July 23, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

In this diversity tort action, attorney Joey McCutchen appeals from the district court's[1] adverse grant of summary judgment as to his Arkansas attorney-lien claim. *See* Ark.Code Ann. § 16–22–304 (Michie 1999). Upon de novo review, *see*

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

*First Bank of Marietta v. Hogge,* 161 F.3d 506, 510 (8th Cir.1998), we affirm for the reasons stated by the district court, *see* 8th Cir. R. 47B.

A true copy.